# EXHIBIT B

# Regions Wire Report

8/9/2018

From Date : 8/3/2018 To Date : 8/3/2018 For Account : [redacted]1866

**TRN Date :** 8/3/2018 **TRN Number :** 2868

**Amount :** $244,072.60 **Currency :** USD **Rate :** 0

**Imad :** 0803F2QCZ00C000622 **Adv :** FED **Source :** BPE

**DBT :** D [redacted]1866
**DEBIT VAL :** 8/3/2018
**GL RECON :** 053
MELANIE A BERRY OR
4400 WILDWOOD RD
MEMPHIS TN 38135-1040

**CDT :** * A [redacted]0104
**CREDIT VAL :** 8/3/2018
**GL RECON :** 001
SUNTRUST BANK
ATLANTA, GA

**SEND :** B 022030
BARTLETT
6231 STAGE ROAD
.

**INTER BK :**

**SNDR REF NUM :**

**BNF BK :**

**ORDERING BK :**

**BNF :** [redacted]0391
J. GILBERT PARRISH JR. ATTORNEY AT
60 BRAZELTON ST
SAVANNAH TN 38372

**ORIG :**

**ORIG TO BNF INFO :**
DAVID BERRY & MELANIE BERRY

**REF NUM :**

**BANK TO BANK INFO :**

**ADVICE INSTRUCTIONS :**

# Regions Wire Report

8/9/2018

From Date : 8/3/2018 To Date : 8/3/2018 For Account : [redacted]1866

**TRN Date :** 8/3/2018 **TRN Number :** 3055

**Amount :** $350,000.00 **Currency :** USD **Rate :** 0

**Imad :** 0803F2QCZ00C003201 **Adv :** FED **Source :** BPE

**DBT :** D [redacted]1866
**DEBIT VAL :** 8/3/2018
**GL RECON :** 053
MELANIE A BERRY OR
4400 WILDWOOD RD
MEMPHIS TN 38135-1040

**CDT :** * A [redacted]1042
**CREDIT VAL :** 8/3/2018
**GL RECON :** 001
FIRST CITIZENS NATIONAL BANK
DYERSBURG, TN

**SEND :** B 022030
BARTLETT
6231 STAGE ROAD
.

**INTER BK :**

**SNDR REF NUM :**

**ORDERING BK :**

**BNF BK :**

**BNF :** [redacted]6805
MELANIE BERRY
4400 WILDWOOD RD
MEMPHIS TN 38135

**ORIG :**

**ORIG TO BNF INFO :**

**REF NUM :**

**BANK TO BANK INFO :**

**ADVICE INSTRUCTIONS :**